FILED
July 26, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )
                                )   CASE NUMBER: 2:10-mj-00213-KJN
            Plaintiff,          )
                                )
v.                              )   ORDER FOR RELEASE
                                )   OF PERSON IN CUSTODY
SALVADOR REYES-SARAVIA,         )
                                )
            Defendant.          )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release SALVADOR REYES-SARAVIA; Case 2:10-mj-00213 KJN from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __    Release on Personal Recognizance

    __    Bail Posted in the Sum of _____

    X    Unsecured Appearance Bond in the amount of $100,000 co-signed by Manuel Reyes-Saravia & Manuel Reyes

    __    Appearance Bond with 10% Deposit

    __    Appearance Bond secured by Real Property

    __    Corporate Surety Bail Bond

    X    (Other) Pretrial Supervision/Conditions.

Issued at Sacramento, CA on July 26, 2010 at 2:30 pm.

By /s/ Kendall J. Newman
Kendall J. Newman
United States Magistrate Judge